No. 994, Misc.  NELSON *v.* ILLINOIS.  Sup. Ct. Ill. Certiorari denied.  *Sam Adam* for petitioner.

No. 995, Misc.  REICKAUER *v.* PEYTON, PENITENTIARY SUPERINTENDENT.  C. A. 4th Cir.  Certiorari denied.

No. 1001, Misc.  CIAMPINI *v.* MARONEY, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.

No. 1005, Misc.  TAYLOR *v.* OHIO.  Sup. Ct. Ohio. Certiorari denied.

No. 1009, Misc.  MICHAELS *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.  Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 1010, Misc.  HAYES *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.  Petitioner *pro se. Frank S. Hogan* and *John A. K. Bradley* for respondent.

No. 1011, Misc.  GREEN *v.* RHAY, PENITENTIARY SUPERINTENDENT.  Sup. Ct. Wash.  Certiorari denied.

No. 1013, Misc.  CASON *v.* FLORIDA.  Sup. Ct. Fla. Certiorari denied.

No. 1014, Misc.  CURRIE *v.* FLORIDA.  Sup. Ct. Fla. Certiorari denied.

No. 1015, Misc.  PEARCE *v.* COX, WARDEN.  Sup. Ct. N. M.  Certiorari denied.

No. 1016, Misc.  BRINKLEY *v.* COX, WARDEN.  Sup. Ct. N. M.  Certiorari denied.